UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:09cv1161 TCM |
| ) | |
| HART INTERCIVIC, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Finding that a potential conflict of interest exists in this case, comes now the Court and, on its own motion, recuses itself in the above matter. See 28 U.S.C. § 455(a).

SO ORDERED.

OKTM 7/27/09

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this ____ July, 2009.