UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., | ) ) ) |
| Plaintiff and Counterclaim Defendant | ) ) ) ) |
| vs. | ) ) ) Case No. 4:09CV1161 AGF |
| HART INTERCIVIC, INC., | ) ) ) |
| Defendant and Counterclaim Plaintiff. | ) ) ) |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** That Plaintiff's Motion for Leave to File its Third Amended Complaint is **GRANTED**. [Doc. #146]

**IT IS FURTHER ORDERED** that Defendant shall have until **November 30, 2009** to file an answer to the Third Amended Complaint, as well as any supplemental counterclaims Defendant wishes to assert. Plaintiff shall have until **December 13, 2009** to file its response to any supplemental counterclaims.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of November, 2009.