UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:09CV01161 AGF ) |
| HART INTERCIVIC, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

Having considered the parties' Joint Motion for Extension of Time to File Supplemental Briefing on the Issue of Claim Construction (Doc. #155), and for good cause shown,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Extension of Time to File Supplemental Briefing on the Issue of Claim Construction (Doc. #155) is **GRANTED**, as follows:

a. The parties shall submit supplemental briefing on the issue of claim construction 10 calendar days after the entry of the Court's Order on Avante's Motion for Leave to File Fourth Amended Complaint. (Doc. #154).

b. The parties are reminded that prior to the submission of such supplemental briefing, they are obligated by the terms of the Amended Case Management Order to engage in good faith settlement discussions, and to confer and attempt, in good faith, to limit the number of terms submitted to the Court for claim construction.

**IT IS FURTHER ORDERED** that Defendant Hart Intercivic, Inc. shall file its response to Avante's Motion for Leave to File Fourth Amended Complaint (Doc. #154) as soon as possible, but in no event later than the time allowed under the federal and local rules.

                                              AUDREY G. FLEISSIG
                                              UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of December, 2009.